IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-01168-PAB-KLM

GALE L. TAYLOR, and
DOUGLAS K. WALSCH,

    Plaintiffs,

v.

CITY OF LONGMONT, COLORADO,
OFFICER BRIAN DEAN, in his official capacity, and
OFFICER SARA AERNE, in her official capacity,

    Defendants.
_____

## ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court pursuant to the Settlement Conference Instructions or Twelve Simple Rules ("Rules") [Docket No. 21] issued on January 14, 2011.  Paragraph number 2 of the Rules states that the Settlement Conference in this case will be vacated if the parties' Confidential Settlement Statements are not submitted in compliance with the Court's instructions, which were provided to the parties at the Scheduling Conference held on August 16, 2010.  *See Instructions for Preparation of Confidential Settlement Statements* [Docket No. 16-1].  After reviewing Plaintiffs' Confidential Settlement Statement submitted on February 25, 2011, the Court finds that Plaintiffs have failed to follow the Court's instructions.  *See id.* at 1-2, § III.  Accordingly,

    IT IS HEREBY **ORDERED** that the Settlement Conference set for March 7, 2011 at 1:30 p.m. is **vacated** and shall be reset only upon joint motion of the parties.

    Dated:  March 3, 2011

                                                BY THE COURT:

                                                s/ Kristen L. Mix
                                                Kristen L. Mix
                                                United States Magistrate Judge