IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01168-RBJ-KLM

GALE L. TAYLOR, and
DOUGLAS K. WALSCH,

    Plaintiffs,

v.

THE CITY OF LONGMONT, COLORADO,
OFFICER BRIAN DEAN, in his official and individual capacity, and
OFFICER SARA AERNE, in her official and individual capacity,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

On receipt of the Parties' Joint Stipulated Motion to Dismiss with prejudice, and being fully advised,

THE COURT GRANTS the Joint Stipulated Motion to Dismiss with prejudice. Each party shall bear her, his or its costs and fees, including attorney fees, in their entirety. This matter is hereby DISMISSED, with prejudice.

Done at Denver, Colorado, this 7th day of November, 2012.

                BY THE COURT:

                _____
                JUDGE R. BROOKE JACKSON
                UNITED STATES DISTRICT COURT JUDGE